IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00590-EWN-MEH

MERCIDITA GARCIA,
CHARLES DONALDSON,
JACQUELINE TRUILLO,
JIM SIRHAL,
TRAVIS MARQUARDT,
LEEANN CAMP
DAVID HEREDITA,
CAROLES VENEGAS,
SHANNON HORNER,
ROXANNE COPE,
REBECCA HILTUNEN,
EDITH KEATING,
KATIE KENYON, and
EDITH ANDERSON,

      Plaintiffs,

v.

CORINTHIAN COLLEGES, INC.,
a Delaware corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 23, 2006.**

      The request being well taken and substantiated by the record, the Unopposed Motion for Clarification of Deadlines [Filed May 18, 2006; Docket #24] is **granted**.  The record, to include the Court's Minute Entry/Minute Order of May 11, 2006 (Docket #21) and utility entry (Docket #23), are amended and clarified as follows:

    1.    Depositions will be taken during the weeks of May 22 and 29, 2006, to determine if discovery will be necessary on the issue of arbitration.

    2.    The deadline for discovery in this matter is November 15, 2006.