IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00590-EWN-MEH

MERCIDITA GARCIA,
CHARLES DONALDSON,
JACQUELINE TRUILLO,
JIM SIRHAL,
TRAVIS MARQUARDT,
LEEANN CAMP
DAVID HEREDITA,
CAROLES VENEGAS,
SHANNON HORNER,
ROXANNE COPE,
REBECCA HILTUNEN,
EDITH KEATING,
KATIE KENYON, and
EDITH ANDERSON,

     Plaintiffs,

v.

CORINTHIAN COLLEGES, INC.,
a Delaware corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2006.**

     For good cause shown, the Unopposed Motion to Vacate Preliminary Pretrial Conference [Filed September 11, 2006; Docket #40] is **granted.**  The Preliminary Pretrial Conference scheduled for Monday, September 18, 2006, at 9:00 a.m., is **vacated** and the parties are no longer required to submit a proposed Preliminary Pretrial Order in this regard.