IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00590–EWN–MEH

MERCIDITA GARCIA,
CHARLES DONALDSON,
JACQUELINE TRUILLO,
JIM SIRHAL,
TRAVIS MARQUARDT,
LEEANN CAMP,
DAVID HEREDITA,
CARLOS VENEGAS,
SHANNON HORNER,
ROXANNE COPE,
REBECCA HILTUNEN,
EDITH KEATING,
KATIE KENYON, and
EDITH ANDERSON,

    Plaintiffs,

v.

CORINTHIAN COLLEGES, INC.,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Uncontested Motion to Stay Proceedings and Allow for Arbitration Pursuant to Agreement" (#43, filed October 2, 2006) is GRANTED in part. The case is stayed for 150 days from the date of this order. The parties will file status reports commencing November 1, 2006 and continuing every thirty days thereafter.

Dated: October 3, 2006