IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00590–EWN–MEH

MERCIDITA GARCIA,
CHARLES DONALDSON,
JACQUELINE TRUILLO,
JIM SIRHAL,
TRAVIS MARQUARDT,
LEEANN CAMP,
DAVID HEREDITA,
CARLOS VENEGAS,
SHANNON HORNER,
ROXANNE COPE,
REBECCA HILTUNEN,
EDITH KEATING,
KATIE KENYON, and
EDITH ANDERSON,

  Plaintiffs,

v.

CORINTHIAN COLLEGES, INC.,
a Delaware corporation,

  Defendant.

---

# ORDER

---

  For the reasons set forth in open court at the hearing on October 20, 2006, and upon the United States Magistrate Judge's "Recommendation on Defendant's Motion to Compel Arbitration" (#32, filed June 23, 2006) it is

**ORDERED** as follows:

1. The magistrate judge's recommendation is ACCEPTED and adopted as the order of this court;

2. This case is dismissed without prejudice in favor of arbitration.

DATED this 20th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge